HARTFORD INSURANCE GROUP v. MARSON
CONSTRUCTION CORP.

January 10, 1983.

Petition for certification denied.  (See 186 *N.J.Super.* 253)

IN THE MATTER OF THE SUSPENSION OR REVOCATION OF
THE LICENSE OF DONALD S. KOMISHANE, R.P., TO PRAC-
TICE PHARMACY IN THE STATE OF NEW JERSEY.

January 10, 1983.

Petition for certification denied.

SAM SCHOFFER v. ALFRED P. ORLEANS.

January 10, 1983.

Petition for certification denied.

BERGEN COUNTY PROSECUTOR'S OFFICE v.
BARBARA JURICEK.

January 10, 1983.

Petition for certification denied.